ALI & LOCKWOOD LLP
Kathryn Ali (CA Bar No. 282042)
501 H Street NE, Suite 200
Washington, DC 20002
Telephone: (202) 651-2475
katie.ali@alilockwood.com

*Attorney for Plaintiffs Celonis SE and Celonis, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE SUBPOENAS SERVED ON PALANTIR TECHNOLOGIES INC.

**NOTICE OF WITHDRAWAL OF CELONIS SE'S AND CELONIS, INC.'S MOTION TO COMPEL DOCUMENTS & DEPOSITION TESTIMONY FROM PALANTIR TECHNOLOGIES INC.**

**Case No. 3:26-mc-80201-SK**

Judge: Hon. Sallie Kim
Courtroom: C, 15th Floor

As set forth below, Celonis SE and Celonis, Inc. (collectively, "Celonis") hereby notify the Court that they are withdrawing their Motion to Compel concerning Palantir Technologies Inc.:

1. Celonis moved to compel Palantir Technologies Inc.'s compliance with document and deposition subpoenas in the U.S. District Court for the District of Columbia.

2. The Motion to Compel was transferred to this Court on Palantir's motion.

3. The parties continued to discuss potential resolution of the subpoenas and have reached a compromise which obviates the need for this Court to decide the Motion to Compel.

4. Celonis, therefore, withdraws its Motion to Compel Documents & Deposition Testimony from Palantir Technologies Inc.

Dated: July 14, 2026

Respectfully submitted,

By: */s/ Kathryn Ali*

Kathryn Ali (CA Bar No. 282042)
ALI & LOCKWOOD LLP
501 H Street NE, Suite 200
Washington, DC 20002
Telephone: (202) 651-2475
katie.ali@alilockwood.com

*Attorney for Plaintiffs Celonis SE and Celonis, Inc.*